IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| DONNIE COLLINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUITAR CENTER, INC., and NATIONAL ASSOCIATION OF MUSIC MERCHANTS, INC.,<br><br>Defendants. | No. 3:09-CV-531 |

## **ORDER**

Now before the court are defendants' motion for a temporary stay [doc. 17] and defendants' motion for an expedited ruling [doc. 18]. In the interest of judicial economy, the motions are **GRANTED** for the reasons provided therein. It is hereby **ORDERED** that this civil action is **STAYED** pending a ruling on transfer and consolidation by the United States Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED**.

ENTER:

        s/ Leon Jordan
United States District Judge